LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Officer Menly, Officer Okolovich,*
*SERT Office Neville, SERT Officer Kelsey*
*and Sheriff Joseph Lombardo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES SHARKEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.<br><br>　　　　Defendants. | CASE NO.: 2:18-cv-00025-KJD-BNW<br><br>**EMERGENCY MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF JAMES SHARKEY'S COMPLAINT** |

Defendants Officer Menly, Officer Okolovich, SERT Office Neville, SERT Officer Kelsey and Sheriff Joseph Lombardo (the "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, file this emergency motion to extend the deadline to respond to Plaintiff James Sharkey's Complaint from August 2, 2019 to August 16, 2019, which is two weeks from the date to respond to the complaint and the date of filing this motion. This emergency motion is

based on Lyssa Anderson's declaration and the following Memorandum of Points and Authorities.

### DECLARATION OF LYSSA ANDERSON

Lyssa Anderson declares as follows:

1. My office received Plaintiff James Sharkey's complaint in case number 2:18-cv-00025-KJD-BNW against my clients today, August 2, 2019.

2. I am informed and believe that LVMPD's general counsel's office just received the complaint today as well.

3. It appears that the complaint was served on the Clark County Detention Center which delayed LVMPD's general counsel's ability to promptly handle it.

4. There are several issues that need to be addressed with the complaint along with a thorough review of the screening orders in this case.

5. I am filing this motion on an emergency basis so that these issues can be resolved without any adverse action being taken against my clients for not responding to Plaintiff's complaint today.

6. Plaintiff James Sharkey will be affected by this motion and his address is:

    P.O. Box 208
    Indian Springs NV 89070

7. It was not practicable to notify Plaintiff of this motion because, as mentioned, I just learned of this complaint today. Moreover, Plaintiff is a prisoner in the custody of the Nevada Department of Corrections and I know based on experience that contacting prisoners on short notice is very difficult if not impossible.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

8. Nonetheless, I do not foresee this extension prejudicing Plaintiff at all because it is merely a two week extension to respond to his complaint.

_____
Lyssa Anderson

**MEMORANDUM OF POINTS AND AUTHORITIES**

Las Vegas Metropolitan Police Department ("LVMPD") just received the Plaintiff's "Supplemental Civil Rights Complaint" and forwarded the complaint to counsel today. However, the U.S. Marshalls apparently served the complaint on the Clark County Detention Center ("CCDC") instead of LVMPD headquarters on July 12, 2019, making the time to respond to the complaint August 2, 2019—today. Since the complaint had been served at the wrong location, LVMPD was not aware of its existence until today when the complaint was brought to LVMPD's office of general counsel.

To make matters more complicated, CCDC may have accepted service of the complaint on behalf of co-defendant Naphcare, an entity which is separate from CCDC and which has its own legal counsel. It is unclear whether Naphcare is aware of this lawsuit and LVMPD will require time to sort this issue out. Moreover, LVMPD has no record of employing Officer Menly, who apparently "accepted" service of the complaint. There is obviously an error somewhere in filing or accepting service of this complaint and LVMPD requests time to sort this issue out as well.

/ / /

/ / /

/ / /

1  Because LVMPD headquarters received the complaint today and there are service issues

2  with Naphcare and "Officer Menly", LVMPD requests the court extend the time to respond to

3  the complaint to August 16, 2019.

4  DATED this 2nd day of August, 2019.

5                                        KAEMPFER CROWELL

7  IT IS SO ORDERED.                    By: */s/ Lyssa S. Anderson*
   DATED: August 8, 2019, nunc              LYSSA S. ANDERSON (Nevada Bar No. 5781)
8  pro tunc August 2, 2019                  RYAN W. DANIELS (Nevada Bar No. 13094)
                                            1980 Festival Plaza Drive, Suite 650
                                            Las Vegas, Nevada  89135

10  _____      *Attorneys for Defendants*
    United States Magistrate Judge      *Officer Menly, Officer Okolovich,*
                                        *SERT Office Neville, SERT Officer Kelsey*
11                                      *and Sheriff Joseph Lombardo*

## CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF JAMES SHARKEY'S COMPLAINT** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

James Sharkey, #1195216
PO Box 2 08
Indian Spring s, NV 89070

*Plaintiff, Pro Se*

(Via U.S., First Class Mail)

DATED this 2nd day of August, 2019.


                                        */s/ Gina Muscari*
                                        an employee of Kaempfer Crowell